IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MULTNOMAH COUNTY, an existing county government and a body politic and corporate,

Plaintiff,

v.

ALEX M. AZAR II, in his official capacity as Secretary, U.S. Department of Health and Human Services; VALERIE HUBER, in her official capacity as the Senior Policy Advisor for the Office of the Assistant Secretary of Health; and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

Defendants.

No. 3:18-cv-01015-YY

JUDGMENT

YOU, Magistrate Judge:

Based on the Opinion and Order [76] issued on August 30, 2018, the Court enters Judgment in favor of Plaintiff Multnomah County and against Defendants.

IT IS ORDERED AND ADJUDGED.

Dated this 18th day of September, 2018.

/s/ Youlee Yim You

Youlee Yim You
United States Magistrate Judge